FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 0 7 2019

JAMES W. McCORMACK, CLERK
By: _____ 
             DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR 00456 BRW |
| | ) | |
| vs. | ) | Title 21, U.S.C. § 846 |
| | ) | Title 21, U.S.C. § 841(a)(1) |
| MANUEL DANIEL VARGAS, and | ) | Title 18, U.S.C. § 1791(a)(1) |
| ERICA HARRIS, a/k/a Erica Sanderson | ) | Title 18, U.S.C. § 1791(a)(2) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From on or about January 1, 2019, until on or about January 20, 2019, in the Eastern District of Arkansas and elsewhere, the defendants,

MANUEL DANIEL VARGAS, and
ERICA HARRIS, a/k/a Erica Sanderson,

voluntarily and intentionally conspired with each other to knowingly and intentionally distribute and possess with intent to distribute 5 grams or more but less than 50 grams of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

Before the defendant, MANUEL DANIEL VARGAS, committed the offense charged in this count, the defendant, MANUEL DANIEL VARGAS, had two or more final convictions for a serious drug felony for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment

related to that offense within 15 years of the commencement of the instant offense, namely:

1. Delivery of a Controlled Substance (Cocaine), Delivery of a Controlled Substance (Methamphetamine)(2 Counts), Possession of a Controlled Substance with Intent to Deliver (Methamphetamine), Possession of a Controlled Substance with Intent to Deliver (Marijuana), Maintaining a Drug Premises in Case Number CR2001-002734, in the Circuit Court of Pulaski County, Arkansas, on or about January 4, 2002;

2. Possession of a Controlled Substance with Intent to Deliver (Marijuana), in Case Number CR2010-2479, in the Circuit Court of Pulaski County, Arkansas, on or about June 27, 2011;

3. Possession of Marijuana with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1), in Case Number 4:14CR00143-01 JLH, in the Eastern District of Arkansas, on or about May 8, 2017.

## COUNT 2

From on or about January 1, 2019, until on or about January 20, 2019, in the Eastern District of Arkansas and elsewhere, the defendants,

MANUEL DANIEL VARGAS, and
ERICA HARRIS, a/k/a Erica Sanderson,

voluntarily and intentionally conspired with each other to knowingly and intentionally distribute and possess with intent to distribute marihuana, a Schedule I controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

Before the defendant, MANUEL DANIEL VARGAS, committed the offense charged in this count, the defendant, MANUEL DANIEL VARGAS, had two or more final convictions for a serious drug felony for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense, namely:

    1.    Delivery of a Controlled Substance (Cocaine), Delivery of a Controlled Substance (Methamphetamine)(2 Counts), Possession of a Controlled Substance with Intent to Deliver (Methamphetamine), Possession of a Controlled Substance with Intent to Deliver (Marijuana), Maintaining a Drug Premises in Case Number CR2001-002734, in the Circuit Court of Pulaski County, Arkansas, on or about January 4, 2002;

    2.    Possession of a Controlled Substance with Intent to Deliver (Marijuana), in Case Number CR2010-2479, in the Circuit Court of Pulaski County, Arkansas, on or about June 27, 2011;

    3.    Possession of Marijuana with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1), in Case Number 4:14CR00143-01 JLH, in the Eastern District of Arkansas, on or about May 8, 2017.

## COUNT 3

On or about January 20, 2019, in the Eastern District of Arkansas, the defendant,

MANUEL DANIEL VARGAS,

knowingly and intentionally possessed with intent to distribute 5 grams or more but less than 50 grams of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Before the defendant, MANUEL DANIEL VARGAS, committed the offense charged in this count, the defendant, MANUEL DANIEL VARGAS, had two or more final convictions for a serious drug felony for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense, namely:

1. Delivery of a Controlled Substance (Cocaine), Delivery of a Controlled Substance (Methamphetamine)(2 Counts), Possession of a Controlled Substance with Intent to Deliver (Methamphetamine), Possession of a Controlled Substance with Intent to Deliver (Marijuana), Maintaining a Drug Premises in Case Number CR2001-002734, in the Circuit Court of Pulaski County, Arkansas, on or about January 4, 2002;

2. Possession of a Controlled Substance with Intent to Deliver (Marijuana), in Case Number CR2010-2479, in the Circuit Court of Pulaski County, Arkansas, on or about June 27, 2011;

3. Possession of Marijuana with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1), in Case Number 4:14CR00143-01 JLH,

in the Eastern District of Arkansas, on or about May 8, 2017.

## COUNT 4

On or about January 20, 2019, in the Eastern District of Arkansas, the defendant,

MANUEL DANIEL VARGAS,

knowingly and intentionally possessed with intent to distribute marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

Before the defendant, MANUEL DANIEL VARGAS, committed the offense charged in this count, the defendant, MANUEL DANIEL VARGAS, had two or more final convictions for a serious drug felony for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense, namely:

1. Delivery of a Controlled Substance (Cocaine), Delivery of a Controlled Substance (Methamphetamine)(2 Counts), Possession of a Controlled Substance with Intent to Deliver (Methamphetamine), Possession of a Controlled Substance with Intent to Deliver (Marijuana), Maintaining a Drug Premises in Case Number CR2001-002734, in the Circuit Court of Pulaski County, Arkansas, on or about January 4, 2002;

2. Possession of a Controlled Substance with Intent to Deliver (Marijuana), in Case Number CR2010-2479, in the Circuit Court of Pulaski County, Arkansas, on or about June 27, 2011;

3. Possession of Marijuana with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1), in Case Number 4:14CR00143-01 JLH, in the Eastern District of Arkansas, on or about May 8, 2017.

## COUNT 5

On or about January 20, 2019, in the Eastern District of Arkansas, the defendant,

ERICA HARRIS, a/k/a Erica Sanderson,

knowingly and intentionally distributed more than 5 grams or more but less than 50 grams of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 6

On or about January 20, 2019, in the Eastern District of Arkansas, the defendant,

ERICA HARRIS, a/k/a Erica Sanderson,

knowingly and intentionally distributed less than 50 kilograms of marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 7

On or January 20, 2019, in the Eastern District of Arkansas, the defendant,

MANUEL DANIEL VARGAS,

being an inmate of a prison, namely, the Federal Correctional Complex in Forrest City,

Arkansas, knowingly possessed a prohibited object, that is: methamphetamine, in violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(1).

## COUNT 8

On or January 20, 2019, in the Eastern District of Arkansas, the defendant,

MANUEL DANIEL VARGAS,

being an inmate of a prison, namely, the Federal Correctional Complex in Forrest City, Arkansas, knowingly possessed a prohibited object, that is: marijuana, in violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(3).

## COUNT 9

On or January 20, 2019, in the Eastern District of Arkansas, the defendant,

ERICA HARRIS, a/k/a Erica Sanderson,

in violation of a statute and a rule and order issued under a statute, knowingly provided a prohibited object, that is: methamphetamine, to MANUEL DANIEL VARGAS, an inmate of a prison, in violation of Title 18, United States Code, Sections 1791(a)(1) and 1791(b)(1).

## COUNT 10

On or January 20, 2019, in the Eastern District of Arkansas, the defendant,

ERICA HARRIS, a/k/a Erica Sanderson,

in violation of a statute and a rule and order issued under a statute, knowingly provided a

prohibited object, that is: marijuana, to MANUEL DANIEL VARGAS, an inmate of a prison, in violation of Title 18, United States Code, Sections 1791(a)(1) and 1791(b)(1).

## COUNT 11

On or January 20, 2019, in the Eastern District of Arkansas, the defendant,

MANUEL DANIEL VARGAS,

being an inmate of a prison, namely, the Federal Correctional Complex in Forrest City, Arkansas, knowingly possessed a prohibited object, to wit: a phone or other device used by a user of a commercial mobile service, as defined by Title 47, United States Code, Section 332(d), in connection with such service, in violation of Title 18, United States Code, Section 1791(a)(2).

[End of Text.  Signature page attached.]