# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

V.  CASE NO.: 4:19-cr-00456-BRW-2

**ERICA HARRIS**

## MOTION TO CONTINUE TRIAL DATE

Comes now the Defendant, ERICA HARRIS, by her attorney, Mark Alan Jesse, and for his motion states:

1. Defendant recently appeared, entered a plea of not guilty to the Indictment filed herein and his first trial date was set for: October 1, 2019.

2. As counsel was just appointed on the case, he needs additional time to prepare, obtain and review discovery, negotiate and consider any plea offers that may be made, and to consider and prepare any and all defenses which may be available in order to be effective counsel, the Defendant's Sixth Amendment right.

3. The U.S. Attorney's Office has no objection to a continuance.

4. As the request is made by counsel on behalf of the Defendant and for her benefit, any period of delay incurred as the result of this request should be tolled

for the purposes of speedy trial in accordance with the Speedy Trial Act, 18 U.S. Code § 3161.  The court should find and enter an order that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**WHEREFORE**, Defendant moves for a continuance of her current trial date for the reasons set forth above.

Respectfully submitted,

Mark Alan Jesse
Ar. Sup. Ct. No.: 92107
Attorney for Defendant

The Jesse Law Firm, P.L.C.
425 West Broadway, Ste. E.
North Little Rock, AR 72114
(501) 375-4422
E-Mail: Jesselawfirm@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on 9/3/2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

David R. Cannon
Cannon Law Firm, PLC
425 West Broadway
Suite A

North Little Rock, AR 72114
501-978-5353
501-372-2480 (fax)
dcannon930@yahoo.com
   Representing     Manuel Daniel Vargas (1)

Michael S. Gordon
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
501-340-2600
michael.gordon@usdoj.gov


     I hereby certify that on 9/3/2019, I mailed the document and a copy of the Notice of Electronic Filing (NEF) by United States Postal Service to the following non CM/ECF participants:

n/a

                                 Mark Alan Jesse
                                 Ar. Sup. Ct. No.: 92107
                                 Attorney for Defendant

                                 The Jesse Law Firm, P.L.C.
                                 425 West Broadway, Ste. E.
                                 North Little Rock, AR 72114
                                 (501) 375-4422
                                 E-Mail: Jesselawfirm@aol.com