**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

vs. 4:19-CR-00456-BRW

**MANUEL DANIEL VARGAS
ERICA HARRIS**

<u>ORDER</u>

Pending is the Motion for Continuance (Doc No. 15) filed by, separate defendant Erica Harris. After a review of the Motion, and there being no objection, the Court finds that the Motion should be GRANTED. The trial is removed from the current trial docket of October 1, 2019 and is rescheduled to begin **<u>Tuesday, March 31, 2020 at 9:30 a.m.</u>**

Any delay in commencing the trial of this case occasioned by the continuance ordered herein shall be excludable under the provisions of the Speedy Trial Act, as provided by Title 18, United States Code, Section 3161(h)(7)(A) for defendant Erica Harris. As to the remaining defendants, any delay in commencing the trial of this case occasioned by the continuance ordered herein shall be excludable under the provisions of Title 18, United States Code, Section 3161(h)(6).

Pursuant to General Order No. 54, counsel for defendants, David Cannon and Mark Jesse are authorized to bring electronic device(s) to the courthouse for this proceeding.

IT IS SO ORDERED this 3rd day of September, 2019.

Billy Roy Wilson<br>UNITED STATES DISTRICT JUDGE